**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01665-CR
No. 05-13-01666-CR

**EDUARDO SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-63779-K, F12-63780-K**

## ORDER

The Court **REINSTATES** the appeals.

On November 17, 2014, in response to issues raised in appellant's brief, we ordered the trial court to orally pronounce appellant's sentences in his presence and to transmit to this Court both the reporter's record of the sentencing hearing and supplemental clerk's records containing judgments that show the date sentences were pronounced in appellant's presence. *See* TEX. CODE. CRIM. P. ANN. art. 42.03, § 1(a); *Taylor v. State*, 131 S.W.3d 497, 500 (Tex. Crim. App. 2004). On January 2, 2015, we received the supplemental reporter's record of the December 18, 2014 sentencing hearing. We have not received the supplemental clerk's records with the new judgments.

Accordingly, we **ORDER** the Dallas County District Clerk to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing the judgments that show the December 18, 2014 sentencing date.

We **GRANT** the State's December 29, 2014 motion to extend time to file its brief. We **ORDER** the State's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE